No. 04–10630.　IN RE GLAGOLA;
No. 04–10631.　IN RE GARCIA ET AL.;
No. 04–10648.　IN RE DEASON;
No. 04–10685.　IN RE ROGERS;
No. 05–5005.　IN RE HOMRICH;
No. 05–5016.　IN RE DENNIS;
No. 05–5081.　IN RE OLSEN;
No. 05–5195.　IN RE AULL;
No. 05–5239.　IN RE CARTER;
No. 05–5259.　IN RE ALBERT;
No. 05–5262.　IN RE RAMOS ET AL.;
No. 05–5341.　IN RE REUELL;
No. 05–5400.　IN RE HOLMAN;
No. 05–5608.　IN RE BROWN;
No. 05–5643.　IN RE MCCARTNEY;
No. 05–5760.　IN RE FARLEY;
No. 05–5827.　IN RE PETERSON;
No. 05–5903.　IN RE WILLIAMS;
No. 05–5933.　IN RE MATTATALL;
No. 05–5952.　IN RE PHILLIPS;
No. 05–6053.　IN RE BROWN;
No. 05–6067.　IN RE LANGON;
No. 05–6097.　IN RE EPPERSON; and
No. 05–6168.　IN RE BAILEY.　Petitions for writs of habeas corpus denied.

No. 04–1548.　IN RE CALIFORRNIAA;
No. 04–1597.　IN RE REIDT;
No. 04–1623.　IN RE LEWIS;
No. 04–1638.　IN RE VIDEO-CINEMA FILMS, INC.;
No. 04–1717.　IN RE VON KAHL;
No. 04–9895.　IN RE BEYAH;
No. 04–10085.　IN RE MASTERS;
No. 04–10203.　IN RE WHITE;
No. 04–10429.　IN RE BELLON;
No. 04–10517.　IN RE WATTLETON;
No. 04–10521.　IN RE DUNBAR;
No. 04–10533.　IN RE ALVARADO-RIVERA;
No. 04–10663.　IN RE BAILEY;
No. 04–10670.　IN RE VAUGHAN;
No. 05–119.　IN RE GOULD;

No. 05–154. IN RE RODRIGUEZ;
No. 05–5033. IN RE BOYCE;
No. 05–5110. IN RE BODDIE;
No. 05–5134. IN RE SYLVESTER;
No. 05–5194. IN RE WILLIAMS;
No. 05–5215. IN RE PATTEN;
No. 05–5261. IN RE ADAMS;
No. 05–5407. IN RE DORSEY;
No. 05–5551. IN RE RIVAS;
No. 05–5585. IN RE SHERRILL;
No. 05–5673. IN RE GARZA; and
No. 05–5993. IN RE NYHUIS. Petitions for writs of mandamus denied.

No. 04–1710. IN RE VEY;
No. 04–10728. IN RE GOTTLICH;
No. 05–5292. IN RE HENSON; and
No. 05–5486. IN RE BRINKLEY. Petitions for writs of mandamus and/or prohibition denied.

No. 04–10529. IN RE WOODBERRY. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 05–5456. IN RE ARANDA. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 04–1128. PLEETER *v.* BOOKBINDER. C. A. 11th Cir. Certiorari denied.

No. 04–1136. ROANE *v.* UNITED STATES;
No. 04–8850. JOHNSON *v.* UNITED STATES; and
No. 04–8856. TIPTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.